

**FILED**

MAY 24 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA )
)
) 4:22-cr- 15
v. )
) Judge Atchley/Steger
)
)
ROBTAEVIOUS HEWLETT, )
and )
KATIE KITCHEN )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about April 30, 2020, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, in connection with the acquisition of firearms, namely, a Nova Group/Century Arms Draco 9mm, bearing serial number RONVMB71815436, and a Ruger 57, caliber 5.7, bearing serial number 641-19547, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual buyer of the firearm, when, in fact, KATIE KITCHEN was buying the firearm on behalf of ROBTAEVIOUS HEWLETT, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## COUNT TWO

The Grand Jury further charges that on or about April 30, 2020, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, knowingly sold or otherwise transferred, a firearm, that is, a Nova Group/Century Arms Draco 9mm, bearing serial number RONVMB71815436, and a Ruger 57, caliber 5.7, bearing serial number 641-19547, to ROBTAEVIOUS HEWLETT, knowing and having reasonable cause to believe that ROBTAEVIOUS HEWLETT, had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT THREE

The Grand Jury further charges that on or about May 1, 2020, in the Eastern District of Tennessee, the defendant, ROBTAEVIOUS HEWLETT, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury charges that on or about January 8, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, in connection with the acquisition of firearms, namely a Glock G31, caliber 357, bearing serial number BRHE283, and a SCCY CPX-2, 9mm bearing serial number C073673, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that

the defendant represented that she was the actual buyer of the firearm, when, in fact, KATIE KITCHEN was buying the firearm on behalf of ROBTAEVIOUS HEWLETT, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

The Grand Jury further charges that on or about January 8, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, knowingly sold or otherwise transferred, a firearm, that is a Glock G31, caliber 357, bearing serial number BRHE283, and a SCCY CPX-2, 9mm bearing serial number C073673, to ROBTAEVIOUS HEWLETT, knowing and having reasonable cause to believe that ROBTAEVIOUS HEWLETT had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT SIX

The Grand Jury further charges that on or about January 8, 2021, in the Eastern District of Tennessee, the defendant, ROBTAEVIOUS HEWLETT, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

The Grand Jury charges that on or about June 29, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, in connection with the acquisition of a firearm, namely, Excel Arms X-9P, 9mm, bearing serial number P900226, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written

3

statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual buyer of the firearm, when, in fact, KATIE KITCHEN was buying the firearm on behalf of ROBTAEVIOUS HEWLETT, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT

The Grand Jury further charges that on or about July 7, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, knowingly sold or otherwise transferred, a firearm, that is, an Excel Arms X-9P, 9mm, bearing serial number P900226, ROBTAEVIOUS HEWLETT, knowing and having reasonable cause to believe that ROBTAEVIOUS HEWLETT had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT NINE

The Grand Jury further charges that on or about July 7, 2021, in the Eastern District of Tennessee, the defendant, ROBTAEVIOUS HEWLETT, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

The Grand Jury charges that on or about July 13, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, in connection with the acquisition of firearms, namely, a Pioneer Arms Hellpup, caliber 7.62, bearing serial number PAC1149522, and a Ruger 57, caliber

5.7, bearing serial number 641-95217, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual buyer of the firearm, when, in fact, KATIE KITCHEN was buying the firearm on behalf of ROBTAEVIOUS HEWLETT, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT ELEVEN

The Grand Jury further charges that on or about July 13, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, knowingly sold or otherwise transferred, a firearm, namely a Pioneer Arms Hellpup, caliber 7.62, bearing serial number PAC1149522, and a Ruger 57, caliber 5.7, bearing serial number 641-95217, to ROBTAEVIOUS HEWLETT, knowing and having reasonable cause to believe that ROBTAEVIOUS HEWLETT, had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT TWELVE

The Grand Jury further charges that on or about July 14, 2021, in the Eastern District of Tennessee, the defendant, ROBTAEVIOUS HEWLETT, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTEEN

The Grand Jury further charges that on or about July 14, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOURTEEN

The Grand Jury further charges that on or about July 14, 2021, in the Eastern District of Tennessee, the defendant, KATIE KITCHEN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTEEN

The Grand Jury further charges that from in or about November 23, 2020 to on or about July 14, 2021, in the Eastern District of Tennessee, the defendants, ROBTAEVIOUS HEWLETT, KATIE KITCHEN, and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by

6

reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922/924 as set forth in Counts One through Twelve of this Indictment the defendants, ROBTAEVIOUS HEWLETT and KATIE KITCHEN, shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

### Firearms

a. An Excel Arms firearm;
b. A Glock firearm;
c. A SCCY firearm;
d. A Pioneer Arms Hellpup, caliber 7.62;
e. Ruger 57, caliber 5.7; and
f. Ammunition.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in Counts Thirteen through Fifteen of this Indictment, the defendants, ROBTAEVIOUS HEWLETT and KATIE KITCHEN, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

### Money Judgement

A personal money judgment against each defendant and in favor of the United States, which represents proceeds each defendant personally obtained as a result of an offense in violation of

7

Title 21, United States Code, Sections 841 and/or 846.

### Firearms

a. An Excel Arms X-9P, 9mm firearm;
b. A Glock G31, caliber 357 firearm;
c. A SCCY CPX-2, 9mm firearm;
d. A Pioneer Arms Hellpup, caliber 7.62;
e. Ruger 57, caliber 5.7; and
f. Ammunition.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: /s/
Tammy O. Combs
Assistant U.S. Attorney